IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | : : : |
| Plaintiff, | : : |
| v. | : : |
| CITY OF VALDOSTA, GEORGIA, *et al.*, | : : : |
| Defendants. | : : |

CASE NO.: 7:20-CV-00050 (WLS)

**ORDER**

Plaintiff Cellco Partnership d/b/a Verizon Wireless ("Plaintiff" or "Verizon") and Defendant City of Valdosta, Georgia ("Defendant" or the "City") filed motions for summary judgment that are ripe for review. (Docs. 28 & 31.)

Typically, if a genuine issue of material fact exists upon resolving motions for summary judgment, the Court sets the case for a trial. *See Grimes v. Miami Dade Cnty.*, 552 F. App'x 902, 904 (11th Cir. 2014) (quoting *Chapman v. AI Transp.*, 229 F.3d 1012, 1023 (11th Cir. 2000)). Here, however, no party has requested or indicated that a trial should occur if the dispositive motions are not granted. Rather, in its Complaint, Plaintiff has asked "that this Court hold an expedited hearing, issue an injunction holding that Defendants violated the TCA, and enter an order granting the Application and all approvals necessary to allow construction of the proposed telecommunications tower on the Club Site." (Doc. 1 at 27.) Furthermore, because of the nature of this case and the equitable relief sought, it appears that the Court is the factfinder, but the Court would like the Parties' positions on these issues.

Accordingly, both Parties are **ORDERED** to file a supplemental brief of no more than five pages **no later than Tuesday, November 16, 2021** explaining their position on whether the Court is proceeding essentially on administrative review and can resolve all disputes of fact in its order resolving the motions for summary judgment or whether, if a genuine issue of material fact exists, the Court should set a hearing, bench trial, or jury trial for the resolution

of material factual disputes. The supplemental briefs shall cite relevant authority where applicable.

      **SO ORDERED**, this 2nd day of November 2021.

                                        **/s/ W. Louis Sands**
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**