**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | : : : |
| Plaintiff, | : : |
| v. | :    CASE NO.:  7:20-CV-00050 (WLS) |
| CITY OF VALDOSTA, GEORGIA, | : : : |
| Defendant. | : |

**ORDER**

Following a pretrial conference in this case on January 18, 2022, the Court ordered that the Parties file a status report by Friday, April 1, 2022 indicating whether the case has been resolved, whether more time is needed, or whether the Parties are ready to proceed to trial. (Doc. 56.) The Parties have timely filed a joint status report stating that an alternative site for a telecommunications facility has been located but that it will be at least until mid-August when the necessary steps for locating and constructing the new facility can be completed or be on their way to completion. (Doc. 57.) As such, the Parties request that the bench trial in this case be removed from the specially set April 2022 trial calendar and that a status report deadline be set for August 15, 2022.

For the reasons stated in the Parties' Joint Status Report (Doc. 57) and for good cause shown, the specially set April 18, 2022 trial is hereby **CANCELLED**. The Parties shall file a status report **no later than Monday, August 15, 2022** stating whether this case has been resolved, whether more time is needed, or whether the Parties are ready to proceed to trial.

**SO ORDERED**, this 25th day of March 2022.

                                     /s/ W. Louis Sands
                                     **W. LOUIS SANDS, SR. JUDGE
UNITED STATES DISTRICT COURT**