# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | : : : |
| Plaintiff, | : : |
| v. | : CASE NO.: 7:20-CV-00050 (WLS) |
| CITY OF VALDOSTA, GEORGIA, *et al.*, | : : : : |
| Defendants. | : |

## **ORDER**

     Following a pretrial conference in this case on January 18, 2022, the Court ordered that the Parties file a status report by Friday, April 1, 2022 indicating whether the case had been resolved, whether more time was needed, or whether the Parties were ready to proceed to trial. (Doc. 56.) The Parties timely filed a joint status report indicating that this matter could potentially be resolved without the need for a trial, as they had identified an alternative site for a telecommunications facility. (Doc. 57.) As such the Parties requested that the bench trial of this case be removed from the specially set April 2022 trial calendar and that a status report deadline be set for August 15, 2022. Based on the Parties' stated reasons the Court found good cause to cancel the specially set April 18, 2022 bench trial and accordingly ordered the Parties to file a status report by no later than Monday, August 15, 2022 stating whether the case had been resolved, whether more time was needed, or whether the Parties were ready to proceed to trial. (Doc. 58.)

     On August 11, 2022, the Parties filed a Joint Status Report in compliance with this Court's Order, which is in effect a request to continue this case from the Court's trial calendar until December 15, 2022. (Doc. 59.) Therein, the Parties notice the Court that they have identified a possible alternative location for the cell-tower at issue in this case. (*Id.*) The reason that a continuance is requested is that the Parties estimate that it will take between three and five months to obtain all of the required federal regulatory approvals necessary to proceed at

1

the site. (*Id.*) Accordingly, the Parties request that this Court order them to file an additional status report on December 15, 2022.

Accordingly, the Parties are hereby **ORDERED** to file a status report, by no later than December 15, 2022, indicating whether the case has been resolved, whether more time is needed, or whether the Parties are ready to proceed to trial.

**SO ORDERED**, this 12th day of August 2022.

                                         /s/ W. Louis Sands
                                         **W. LOUIS SANDS, SR. JUDGE**
                                         **UNITED STATES DISTRICT COURT**