IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CELLCO PARTNERSHIP, d/b/a** : <br> **VERIZON WIRELESS** : <br> : <br>     **Plaintiff,** : <br> :    **CASE NO: 7:20-CV-50 (WLS)** <br>     v. : <br> : <br> **CITY OF VALDOSTA, GEORGIA,** : <br> : <br>     **Defendant.** : | |

**ORDER**

    Following a pretrial conference in this case on January 18, 2022, the Court ordered that the Parties file a status report by Friday, April 1, 2022, indicating whether the case had been resolved, whether more time was needed, or whether the Parties were ready to proceed to trial. (Doc. 56.)  On March 24, 2022, the Parties timely filed a Joint Status Report (Doc. 57) indicating that this matter could potentially be resolved without the need for a trial, as they had identified an alternative site for a telecommunications facility.  The bench trial of this case was removed from the specially set April 2022 trial calendar, and the Parties were ordered to file a second status report by no later than Monday, August 15, 2022.  (Doc. 58.)

    On August 11, 2022, the Parties filed their second Joint Status Report (Doc. 59) in compliance with this Court's Order advising the Court that they have identified a possible alternate location for the cell-tower at issue in this case.  The Parties requested additional time to permit them to obtain all required federal regulatory approvals necessary to proceed at the new site. An Order was entered requiring the Parties to file a third status report, by no later than December 15, 2022.  (Doc. 60).

    On December 15, 2022, the Parties filed their third Joint Status Report (Doc. 61) in compliance with this Court's Order.  The Parties have made substantial progress on resolving the issues in this case.  The Parties have worked to locate the proposed telecommunications facility on land owned by the Valdosta-Lowndes County Parks and Recreation Authority

("VLPRA").  Verizon has negotiated a lease with the VLPRA, which the VLPRA approved on December 7, 2022.  The Lowndes County Board of Commissioners approved the lease on December 13, 2022.

According to the Joint Status Report, significant progress has been made resolving some of the regulatory requirements to construct the facility at the VLPRA site.  However, further regulatory requirements are still in progress, including studies and approvals required by the Federal Communications Commission, Federal Aviation Administration, and local zoning approvals for the new site from Lowndes County.  Based on its experience at similar sites, Verizon estimates that the timeline for obtaining all the required local and federal regulatory approvals necessary to proceed at this site, even when seeking them in the expedited manner at issue here, is between three and four months from now.

The Parties hope that all remaining steps and processes necessary to locate and obtain all required approvals to construct a wireless facility at the new proposed site can be completed, or on their way to completion, by April 15, 2023.  Accordingly, the Parties request that they be allowed to file an updated report by April 15, 2023, to advise the Court on the status of efforts to resolve this case.

Accordingly, the Parties are hereby **ORDERED** to file a status report, by no later than **Monday, April 15, 2023**, indicating whether the case has been resolved, whether more time is needed, or whether the Parties are ready to proceed to trial.

**SO ORDERED**, this 16th day of December 2022.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**