IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CELLCO PARTNERSHIP, d/b/a** <br> **VERIZON WIRELESS** <br><br> Plaintiff, <br><br> v. <br><br> **CITY OF VALDOSTA, GEORGIA,** <br><br> Defendant. | : <br> : <br> : <br> : <br> :    CASE NO:  7:20-CV-50 (WLS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

### ORDER

By Order (Doc. 67) entered December 16, 2022, the Parties were ordered to file a status report, by no later than Monday, April 15, 2023, indicating whether the case has been resolved, whether more time is needed, or whether the Parties are ready to proceed to trial.  The Court finds that it will be beneficial for it to have an interim report prior to that time.

Accordingly, the Parties are hereby **ORDERED** to provide an interim report by no later than **Wednesday March 15, 2023**, indicating whether the case has been resolved, and, if not, whether the Parties expect to meet the April 15, 2023 deadline.

**SO ORDERED**, this 28th day of December 2022.

                                                  /s/W. Louis Sands
                                                  **W. LOUIS SANDS, SR. JUDGE**
                                                  **UNITED STATES DISTRICT COURT**