IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF VALDOSTA, GEORGIA, )<br>)<br>Defendant. ) | CIVIL ACTION NO.<br>7:20-cv-00050-WLS |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Cellco Partnership d/b/a Verizon Wireless and Defendant the City of Valdosta, Georgia stipulate to the dismissal of this action, with prejudice, with costs to be taxed as paid.

Respectfully submitted this 10th day of April, 2023.

/s/ Ivy N. Cadle
Ivy N. Cadle
Georgia Bar No. 353227
icadle@bakerdonelson.com
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
300 Mulberry Street
Gateway Plaza, Suite 201
P.O. Box 5037
Macon, Georgia 31208-5047
Tel: 478-765-1823

/s/ Tim Tanner
Timothy M. Tanner
Coleman Talley LLP
910 North Patterson Street
Valdosta, Georgia 31601

SO ORDERED this 11th day of April, 2023

W. Louis Sands, Sr. Judge
United States District Court