IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

CELLCO PARTNERSHIP d/b/a VERIZON     *
WIRELESS,

                                     *

            Plaintiff,                Case No.    7:20-CV-50(WLS)

v.                                     *

CITY OF VALDOSTA GEORGIA,         *

           Defendant.                   *

_____

## J U D G M E N T

Pursuant to this Court's Order dated April 11, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 12th day of April, 2023.

David W. Bunt, Clerk


s/ Robin L. Walsh, Deputy Clerk